UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,　　)　　NO. CR13-5214BHS
　　　　　　　　　　　　　　　)
　　　　Plaintiff,　　　　　　)
　　　　　　　　　　　　　　　)　　ORDER GRANTING UNOPPOSED
　　vs.　　　　　　　　　　　 )　　MOTION TO CONTINUE PRETRIAL
　　　　　　　　　　　　　　　)　　MOTIONS' DUE DATE
MARK D. FUSTON,　　　　　　　)
　　　　　　　　　　　　　　　)
　　　　Defendant.　　　　　　)
_____)

Upon the unopposed motion of the defense to continue the pretrial motions' due date in the above-captioned case, the Court finds that such a continuance would serve the ends of justice, therefore,

IT IS HEREBY ORDERED that the pretrial motions due date be continued to July 9, 2013.

DONE this 11th day of June, 2013.

　　　　　　　　　　　　　　　　　　　　　/s/ Benjamin H. Settle
　　　　　　　　　　　　　　　　　　　　　BENJAMIN H. SETTLE
　　　　　　　　　　　　　　　　　　　　　United States District Judge

Presented by:

*s/ Linda R. Sullivan*
Linda R. Sullivan
Attorney for Mark D. Fuston

ORDER GRANTING MOTION
TO CONTINUE PTMs DUE DATE - 1
*United States v. Mark D. Fuston / CR13-5214BHS*

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington 98402**
**(253) 593-6710**